PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: William Goodman          Cr.: 20-00066-001
                                                                PACTS #: 6298501

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/05/2020
Date of First Violation Sentence: 4/13/2022
Date of Second Violation Sentence: 11/10/2022

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Grade C Felony
First Violation Offense:   Alcohol/Narcotics Use, a Grade C Violation
Second Violation Offense:  Alcohol/Narcotics Use, a Grade C Violation

Original Sentence: 58 Days' imprisonment, 24 months' supervised release
First Violation Sentence: Continued Supervision
Second Violation Sentence:  9 Months' or until 11/16/2022, whichever is sooner, 12 months' supervised release

Special Conditions: Special Assessment, Drug Treatment, Substance Abuse Testing, Mental Health Treatment, Life Skills Counseling, Education/Training Requirements, Residential Re-Entry Center (6 months), Location Monitoring (6 months)

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."** |
| | On March 22, 2023, the undersigned officer was informed that Goodman submitted a random urine specimen at the residential re-entry center on March 21, 2023, which tested positive for fentanyl. Goodman ultimately admitted to obtaining the fentanyl from another resident of the facility. |

Prob 12A – page 2
William Goodman

U.S. Probation Officer Action:

The Probation Office recommends no Court action be taken at this time. The Probation Office will continue to monitor Goodman's use illicit substances through increased random urine screenings. In addition, Goodman is currently engaged in co-occurring services with Legacy Treatment Services, and they are working with the Probation Office on an appropriate treatment plan moving forward. As of now, Goodman is scheduled to meet with the psychiatrist on April 5, 2023, via telehealth, and will be reporting in person for his Vivitrol shot on April 6, 2023. If Goodman continues to be non-compliant in any way, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
Senior U.S. Probation Officer

/ ead

APPROVED:

4/5/2023

STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

4/10/23
Date